IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARVIN HEWATT ENTERPRISES, INC.,
a Georgia corporation, and
EXCELL OUTTOWN PROPERTIES, LLC,
a Georgia limited liability
company,

    Plaintiffs,

v.

LIBERTY SURPLUS INSURANCE
CORPORATION, a foreign corporation,
formed under the laws of the State
of New Hampshire,

    Defendant.

CV 317-064

# ORDER

On September 23, 2019, Plaintiffs and Defendant filed a "Joint Stipulation for Dismissal With Prejudice," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiffs' claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARVIN HEWATT ENTERPRISES, INC., a Georgia corporation, and EXCELL OUTTOWN PROPERTIES, LLC, a Georgia limited liability company,

Plaintiff,

vs.

CASE NO. 3:17-cv-00064-DHB-BKE

LIBERTY SURPLUS INSURANCE CORPORATION, a foreign corporation, formed under the laws of the State of New Hampshire,

Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, file this Joint Stipulation for Dismissal With Prejudice and notify the Court that this matter has been amicably resolved between the parties and that the parties request the Court to dismiss this case with prejudice, with each party to bear their own costs.

Dated: September 23, 2019.

**GUILDAY LAW, P.A.**

/s/William R. Sickler
George W. Hatch (*Pro Hac Vice*)
Robert D. Fingar (*Pro Hac Vice*)
William R. Sickler (*Pro Hac Vice*)
1983 Centre Pointe Blvd., Suite 200

**ROBINSON & COLE LLP**

/s/Marc E. Haas
Gilbert L. Lee (*Pro Hac Vice*)
Marc E. Haas (*Pro Hac Vice*)
666 Third Avenue, 20th Floor
New York, New York 10017